EDWARD T. KENNARD, as Executor of WILLIAM F. NEW-
KIRK, Deceased, Respondent, *v.* BERNHARD J. LUDWIG,
Appellant.

*Kennard* v. *Ludwig*, 156 App. Div. 901, affirmed.
(Submitted March 10, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 19, 1913, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court in
an action to recover upon defendant's written guaranty
of performance of the covenants of a lease.

*Irving L. Ernst* and *David W. Kahn* for appellant.

*Julian C. Harrison* and *Edgar Whitlock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.